# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re  Peacock Gap Properties, LLC, a California limited liability company
_____,
Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Under Par, Inc. 1620 McDonald Way Burlingame, CA 94010 | (650) 692-6261 | Trade Debt | | 1,000.00 |
| County of Marin 3201 Civic Center Drive San Rafael, CA 94903 | (415) 499 6907 | Trade Debt | | 1,161.50 |
| Turf Star P.O. Box 45009 San Francisco, CA 94145 | (800) 585-8001 | Trade Debt | | 1,199.72 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Ewing<br>3441 East Harbor<br>Phoenix, AZ 85034 | (602) 437-9530 | Trade Debt | | 1,463.70 |
| ADT Security Service<br>P.O. Box 371956<br>Pittsburgh, PA 15250 | (800) 238-2455 | Trade Debt | Unliquidated | 1,741.00 |
| CoBytes<br>101 W. American Canyon<br>American Canyon CA 94503 | (707) 974-7469 | Trade Debt | | 1,850.00 |
| Marin Sanitary Services<br>P.O. Box 10067<br>San Rafael, CA 94901 | (415)456-2601 | Trade Debt | | 2,142.80 |
| Birite Foodservices<br>123 South Hill Drive<br>Brisbane, CA 94005 | (415) 656-0254 | Trade Debt | | 2,693.77 |
| P G and E<br>P.O. Box 997300<br>Sacramento, CA 95899 | (800) 734-5000 | Trade Debt | | 3,171.95 |
| Reed Equipment Co.<br>P.O. Box 6279<br>Stockton, CA 95206 | (800) 9870102 | Trade Debt | | 3,264.15 |
| Cintas<br>P.O. Box 34023<br>Sacramento, CA 95834 | (707) 568-6150 | Trade Debt | | 3,320.98 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Royal Petroleum<br>365 Todd Road<br>Santa Rosa, CA 95407 | (797) 540-0054 | Trade Debt | | 3,496.72 |
| Seiler and Company<br>220 Montgommery Street<br>San Francisco, CA 94104 | (415) 392-2123 | Trade Debt | | 3,750.00 |
| Arizona Biltmore<br>P.O. Box 10719<br>Phoenix, AZ 85064 | (602) 957-7510 | Trade Debt | | 4,649.80 |
| Brian Curtis<br>1747 E. Morten Avenue, Loft 3<br>Phoenix, AZ 85020 | | Trade Debt | | 5,755.71 |
| IBS<br>12201 Gayton Road #100<br>Richmond, VA 23238 | (804) 754-3200 | Trade Debt | | 6,428.70 |
| TMT Enterprises<br>1996 Oakland Road<br>San Jose, CA 95131 | (408) 432-9040 | Trade Debt | | 6,949.77 |
| Target Specialty Products<br>P.O. Box 3408<br>Santa Fe Springs, CA 90670 | (4080 432-9040 | Trade Debt | | 7,397.56 |
| S C Consultants<br>2244 E. Indigo Bay<br>Gilbert, AZ 85234 | (415) 392-2123 | Trade Debt | | 9,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Marin Mun. Water District 220 Nellen Ave Corte Madera, CA 94925 | (415) 945-1400 | Trade Debt | Disputed | 302,601.45 |

Case: 09-34161   Doc# 2   Filed: 12/30/09   Entered: 12/31/09 00:08:35   Page 4 of 4