UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Peacock Gap Properties, LLC, a California limited liability company

Debtor

Case No. _____

Chapter 11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of **15 pages** is true, correct and complete to the best of my knowledge.

Peacock Gap Properties, LLC
a California limited liability company

Date: December 30, 2009

Signature: By _____
JACK D. ROSE,
Chief Executive Officer

A T and T
Payment Center
Sacramento, CA 95877


A T and T Yellow Pages
P.O. Box 989046
West Sacramento, CA 95798


ADT Security Service
P.O. Box 371956
Pittsburgh, PA 15250


Adam Eisner
154 Carlotta Circle
Mill Valley, CA 94941


Adobe Creek
One Daniel Burnham Court, Suite 205C
San Francisco, CA 94109


Alhambra
P.O. Box 660579
Dallas, TX 75266


Arizona Biltmore
P.O. Box 10719
Phoenix, AZ 85064

Filed: 12/31/09    Entered: 12/31/09

Asian Market
5 Mary Street
San Rafael, CA 94901


Birite Foodservices
123 South Hill Drive
Brisbane, CA 94005


Board of Equalizartion
P.O. Box 942879
Sacramento, CA 94279


Bordenave's
P.O. Box 150505
San Rafael, CA 94915


Brian Curtis
1747 E. Morten Ave., Loft 3
Phoenix, AZ 85020


Buck's Saw Service
File #52005
Los Angeles, CA 90074


Cascade
P.O. Box 75327
Seattle, WA 98125

Filed: 12/31/09  Entered: 12/3

Changgi Hong
Sang Hee Kim
55 Sulgrave Lane
San Rafael, CA 94901


Charles Stephens
Sun Stephens
300 Margarita Drive
San Rafael, CA 94901


Cintas
20933 Cabot Blvd
Hayward, CA 94545


Cintas
P.O. Box 349027
Sacramento, CA 95834


City of San Rafael
1400 5th Street
San Rafael, CA 94901


CoBytes
101 W. American Canyon Road
American Canyon, CA 94503

Filed: 12/31/09   Entered: 12/31

Comcast
P.O. Box 34744
Seattle, WA 98124


County of Marin
3201 Civic Center Drive
San Rafael, CA 94903


Donald Chan
Dorothy Chan
2550 Hunt Country Lane
Charlottesville, VA 22901


Douglas Von Qualen
Nancy Sue Von Qualen
24 Greenside Way
San Rafael, CA 94901


E-Z-Go
26007 Network Place
Chicago, IL 60673


Elementary Payment Service
14415 South 50th Street
Phoenix, AZ 85044

Ewing
3441 East Harbor
Phoenix, AZ 85034


FCI Lender Services, Inc.
8180 E. Kaiser Blvd.
Anaheim Hills, CA 92808-2277


Farmer Borthers
File 55172
Los Angeles, CA 90074


Francis Lepage
Denise Lucy
3 Peacock Drive
San Rafael, CA 94901


G.E. Capital
P.O. Box 802585
Chicago, IL 60680


Gentium Realty Inc.
One Daniel Burnham Court, Suite 205C
San Francisco, CA 94109


Golf Solutions California, LLC
One Daniel Burnham Court, Suite 205C
San Francisco, CA 94109

Grainger
Dept. 729-81806465
Palatine, IL 60038


H.V. Carter
P.O. Box 2284
Livermore, CA 94551


Hagel Supply Co.
80 Belvedere Street
San Rafael, CA 94901


Home Depot
P.O. Box 6029
The Lakes, NV 88901


Horizon
261 N. Roosevelt Avenue
Chandler, AZ 85225


IBS
12201 Gayton Road, Suite 100
Richmond, VA 23238


Ikon Office Solutions
P.O. 7414
Pasadena, CA 91109

Filed: 12/31/09    Entered: 12/3

Jim Pierre
Shana Pierre
213 San Marino Drive
San Rafael, CA 94901


John Radar
P.O. Box 470
Heldsburg, CA 95448


Jorge Marquardt
Sandra Wienholtz
109 Corte Ramon
Kentfield, CA 94904


Judy Martin
737 Panorama
San Francisco, CA 94131


Kanes Distributing Limited
115 Dieppe Road
St. Catharines, ON L2M 7N6


Kun Sam Kim
One Daniel Burnham Court, Suite 205C
San Francisco, CA 94109

Filed: 12/31/09    Entered: 12/31/09

Larry Smile
Barbara Smile
10 McNear Drive
San Rafael, CA 94901


Lawson Products
2639 Paysphere Circle
Chicago, IL 60674


Marin Mun. Water District
220 Nellen Avenue
Corte madera, CA 94925


Marin Sanitary Services
P.O. Box 10067
San Rafael, CA 94901


Marsha Oneil
33 Narragansette Cove
San Rafael, CA 94901


Martin Masters
28 Anton Way
Novato, CA 94945


McDevitt and McDevitt Constr. Corp.
2820 Cypress Drive
Petaluma, CA 94954

Filed: 12/31/09   Entered: 12/31/0

McGinnis Chen Associates, Inc.
10 Nottingham Place
San Francisco, CA 94133


Muzak
P.O. Box 71070
Charlotte, NC 28272


Nara Bank
1940 Webster Street
Oakland, CA 94612


National City Golf Finance
P.O. Box 931034
Cleveland, OH 44193


Ned Frankoof
146 Calumet Avenue
San Anselmo, CA 94960


Neopost Leasing
P.O. Box 45800
San Francisco, CA 94145


Oberkamper and Assoc. Civil Eng., Inc.
7200 Redwood Blvd, Suite 308
Novato, CA 94943

P G and E
P.O. Box 997300
Sacramento, CA 95899


Paul Dombey
Caroline Dombey
143 Knollwood Drive
San Rafael, CA 94901


Peacock Gap Investments, LLC
Rohit Tripathi
1298 Prospect Street, Suite 2D
La Jolla, CA 92037


Praxair
Dept. LA 21511
Pasadena, CA 91185


R and R Products
3334 E. Milbere Street
Tucson, AZ 85714


Ray Leach
16 Heritage Drive
San Rafael, CA 94901

Reed Equipment Co.
P.O. Box 6279
Stockton, CA 95206


Regiona Kortz
110 Peacock Drive
San Rafael, CA 94901


Roy's Sewer Service
P.O. Box 763
Novato, CA 94948


Royal Petroleum
365 Todd Road
Santa Rosa, CA 95407


Russ Erickson
One Daniel Burnham Court, Suite 205C
San Francisco, CA 94109


SC Consultants
2244 E. Indigo Bay
Gilbert, AZ 85234


Santa Rosa Meat and Poultry
940 Ludwig Avenue
Santa Rosa, CA 95402

Filed: 12/31/09   Entered: 12/31/09

Seaborn Caanvas
435 N. Harbor Blvd., Unit B
San Pedro, CA 90731

Seiler and Company
220 Montgomery Street, Suite 3
San Francisco, CA 94104

Shamrock
P.O. Box 808044
Petaluma, CA 94975

Sharp Business Systems
Dept LA 21510
Pasadena, CA 91185

Sidney Johnson
Susan Johnson
11 Lagoon Place
San Rafael, CA 94901

Sierra Pacific Turf
P.O. Box 84
Campbell, CA 95009

Staples
Dept LA 1568
Chicago, IL 60696

Filed: 12/31/09 Entered: 12/31

Steve Buller
139 Kinross Drive
San Rafael, CA 94901


Sun Tam Publishing, Iknc.
P.O. Box 2610
Mill Valley, CA 94924


Susan Young
57 Inverness Drive
San Rafael, CA 94901


TMT Enterprises
1996 Oakland Road
San Jose, CA 95131


Target Specialty Products
P.O. Box 3408
Santa Fe Springs, CA 90670


Taylor Made Golf
File 56431
Los Angeles, CA 90074


Titleist
P.O. Box 88112
Chicago, IL 60695

Tmax/Wells Fargo
P.O. Box 360286
Pittsburgh, PA  15250


TriMark Economy Restaurant
1200 7th Street
San francisco, CA  94107


Turf Star
P.O. Box 45621
San Francisco, CA  94145


Turf Tire Express
P.O. Box 2294
Danville, CA  94526


U.S. Bank Office Equip. Finance Services
P.O. Box 790448
St. Louis, MO 63179


USGA
P.O. Box 708
Far Hills, NJ  07931


Under Par Inc.
1620 McDonald Way
Burlingame, CA 94010

Valentine Verhunce
1649 El Camion Way
Santa Rosa, CA  95404


Woodland Center Auto
1319 Texas Street
Fairfield, CA  94533


Youngs Market
P.O. Box 3045
Los Angeles, CA  90030

d: 12/31/09 Entered: 12